**MORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

December 10, 2025

Writer's Direct Contact
+1 (212) 468-8203
JLevitt@mofo.com

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.,
New York, NY 10007-1312
Courtroom 18C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2025

Re:   *Cole v. Iconix International Inc. et al.*, Case No. 1:25-cv-09357-MKV_Request for Extension of Time

Dear Judge Vyskocil:

     We represent Defendants Iconix International Inc. and Seth Horowitz in the above-referenced action and write, in accordance with Rule 4.B of Your Honor's Individual Rules of Practice in Civil Cases, to request an extension of time to respond to the Complaint until **January 29, 2026**.  Plaintiff consents to this request.

     Iconix's current deadline to respond to the Complaint is December 29, 2025, and Mr. Horowitz's deadline to respond is December 12, 2025.  There have been no previous requests for an extension of these deadlines.  No appearances before the Court are scheduled at this time, and this extension will not affect any other scheduled deadline.  Iconix and Mr. Horowitz request this extension to allow their counsel adequate time to investigate Plaintiff's allegations and to prepare a response.

Respectfully submitted,

/s/ Jamie Levitt
Jamie Levitt

*Attorney for Iconix International Inc.*

**MORRISON FOERSTER**

Hon. Mary Kay Vyskocil
December 10, 2025
Page Two

/s/ David Lurie
David Lurie
Law Office of David R. Lurie, PLLC
194 President Street,
Brooklyn, NY 11231-3521
(347) 651-0194
david@davidlurielaw.com

*Attorney for Seth Horowitz*

**Granted. SO ORDERED.**

Date: 12/10/2025
New York, New York

Mary Kay Vyskocil
United States District Judge