UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL COLE,<br><br>              Plaintiff,<br><br>   v.<br><br>ICONIX INTERNATIONAL, INC., et al.,<br><br>              Defendants. | Case No. 1:25-cv-09357-MKV<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michael D. Birnbaum from the law firm of Morrison & Foerster LLP hereby appears as counsel of record for defendant Iconix International Inc. in this action.

Dated: December 17, 2025
       New York, New York

MORRISON & FOERSTER LLP

By:   */s/ Michael D. Birnbaum*
      Michael D. Birnbaum
      250 West 55th Street
      New York, NY 10019
      Telephone: (212) 468-8000
      Email: MBirnbaum@mofo.com

*Attorneys for Iconix International Inc.*