UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL COLE,<br><br>      Plaintiff,<br><br>  v.<br><br>ICONIX INTERNATIONAL, INC., et al.,<br><br>      Defendants. | Case No. 1:25-cv-09357-MKV |

NOTICE OF APPEARANCE

To: The Clerk of the Court and All Parties of Record:

 I am admitted to practice in this Court, and I appear in this case as counsel for defendant Seth Horowitz.

Dated: December 20, 2025
    Brooklyn, NY

           Respectfully submitted,

           _____//DRL//_____
           David R. Lurie
           LAW OFFICE OF DAVID R. LURIE, PLLC
           194 President Street
           Brooklyn, New York  11231
           347-651-0194