UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL COLE,<br><br>    *Plaintiff,*<br><br>  v.<br><br>ICONIX INTERNATIONAL INC. f/k/a ICONIX BRAND GROUP, INC., and SETH HOROWITZ,<br><br>    *Defendants.* | Case No. 1:25-cv-09357-MKV<br><br>**DEFENDANT ICONIX INTERNATIONAL INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Iconix International Inc. ("Iconix"), by and through its undersigned counsel, hereby makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

  Iconix is a Delaware corporation headquartered in Florida. It is wholly owned by Iconix Acquisition LLC.

Dated: January 29, 2026      MORRISON & FOERSTER LLP

                 By: */s/ Jamie A. Levitt*
                    Jamie A. Levitt
                    250 West 55th Street
                    New York, NY 10019
                    Telephone: (212) 468-8000
                    Email: JLevitt@mofo.com

                 *Attorneys for Iconix International Inc.*