USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2026 _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEIL COLE,

                    Plaintiff,

          -against-

ICONIX INTERNATIONAL INC. f/k/a/ ICONIX BRAND
GROUP, INC., and SETH HOROWITZ,

                    Defendants.

1:25-cv-09357-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

Defendants Iconix International Inc. and Seth Horowitz each submitted a request for a pre-motion conference on their respective anticipated motion to dismiss Plaintiff's complaint on January 29, 2026.  [ECF Nos. 12, 14].  Plaintiff has filed a response to each request.  [ECF Nos. 15, 16].  After carefully reviewing the arguments set out in Defendants' submissions and Plaintiff's responses, the request for a pre-motion conference is DENIED, and Defendants are GRANTED leave to file their respective motions to dismiss on the schedule set forth below.

 IT IS FURTHER ORDERED that on or before February 11, 2026, Plaintiff must inform the Court via letter whether he intends to amend his complaint.  This will be Plaintiff's last opportunity to amend the complaint in response to arguments raised in the parties' letters.

IT IS FURTHER ORDERED that if Plaintiff does not amend his complaint, Defendants must file their motions to dismiss on or before February 25, 2026.  Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

IT IS FURTHER ORDERED that if Plaintiff elects to amend his complaint, the amended complaint is due on or before February 25, 2026.  Defendants must respond to any amended complaint within 14 days of their filing.  In the event Defendants respond with motions to dismiss, the briefing for those motions will be on the schedule set forth in Local Rule 6.1(b).

The clerk of Court is respectfully requested to terminate docket entries 12 and 14.

**SO ORDERED.**

**Dated:** **February 4, 2026**
**New York, New York**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**