# LAW OFFICE OF DAVID R. LURIE, PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2026_____

*194 President Street*
*Brooklyn, New York 11231*

Phone: 347-651-0194
E-mail:david@davidlurielaw.com

February 24, 2026

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 18C
New York, NY 10007-1312

     Re: <u>Cole v. Iconix International Inc. et al.</u>, Case No. 1:25-cv-09357-MKV

Dear Judge Vyskocil:

     We are counsel to Seth Horowitz, Defendant in the above-captioned Action. We write on behalf of all Parties, and pursuant to Rule 4.B of You Honor's Individual Rules of Practice in Civil Cases, to respectfully request extensions on the time for the Defendants to prepare, and Plaintiff to oppose, the contemplated motions to dismiss Plaintiff's First Amended Complaint (the "Amended Complaint"), as follows.

     The Parties request that, <u>first</u>, the time within which Defendants may move, answer or otherwise respond to the Amended Complaint be extended to and including March 27, 2026; <u>second</u>, the time within which Plaintiff may file opposition(s) to any motion(s) to dismiss the Amended Complaint be extended to and including April 27, 2026; and, <u>finally</u>, the time within which Defendants my file reply papers in further support of any motion(s) to dismiss the Amended Complaint be extended to and including May 11, 2026.

     The Parties' proposed schedule will extend the Defendants' current deadline to respond to the Amended Complain (March 11, 2026, pursuant to this Court's Order dated February 4, 2026; Docket No. 17), by 15 days and afford an equivalent extension to Defendants; the time for reply papers will be extended by seven days.  The Parties respectfully submit that these extensions are appropriate so as to afford each of them adequate time to prepare their motion papers.

     The Parties sought, and this Court granted, a previous extension on Defendants' time to respond to Plaintiff's initial Complaint herein (see Order dated December 10, 2025; Docket No. 7).

Respectfully submitted,

/s/

David R. Lurie

**Granted. SO ORDERED.**

Date: 2/25/2026_____
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge