**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NEIL COLE,

        Plaintiff,

    -against-

ICONIX INTERNATIONAL INC. f/k/a/
ICONIX BRAND GROUP, INC., and SETH
HOROWITZ,

        Defendants.

INDEX NO. 1:25-cv-09357 (MKV)

**NOTICE OF DEFENDANT ICONIX INTERNATIONAL INC.'S**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support

of this Motion, Defendant Iconix International Inc., by and through its undersigned counsel, will

move this Court, before The Honorable Mary Kay Vyskocil, United States District Judge, at the

United States Courthouse for the Southern District of New York, located at 500 Pearl Street,

New York, NY 10007, on a date and time to be determined by the Court, for an order, pursuant

to Fed. R. Civ. P. 12(b)(6), dismissing with prejudice Counts III through V, along with punitive

and consequential damages, for failure to state a claim upon which relief can be granted.

Dated: March 27, 2026
New York, New York

MORRISON & FOERSTER LLP

By: */s/ Jamie A. Levitt*

Jamie A. Levitt, Bar No. 2548477
JLevitt@mofo.com
Michael D. Birnbaum, Bar No. 3068129
MBirnbaum@mofo.com
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

*Attorneys for Defendant*
*Iconix International Inc.*

2