UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   NEIL COLE,

                   Plaintiff,

v.

ICONIX INTERNATIONAL INC. f/k/a/
ICONIX BRAND GROUP, INC., and
SETH HOROWITZ,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No.  1:25-cv-09357-MKV

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of law and

Affirmation of David R. Lurie, each dated March 27, 2026, defendant Seth Horowitz

("Horowitz"),  by his undersigned counsel, hereby moves this Court for the dismissal of

plaintiff's Amended Complaint herein, with prejudice, as against Horowitz, pursuant to Federal

Rule of Civil Procedure 12(b)(6).

Pursuant to the Court's Order of February 25, 2026 (Dkt. No. 21), plaintiff's opposition to the instant motion is due on or before April 27, 2026 and Horowitz's reply in further support of the Motion is due on before May 11, 2026.

Dated: March 27, 2026
Brooklyn, New York

Respectfully submitted,

LAW OFFICE OF DAVID R. LURIE, PLLC

By: _____/s/_____
David R. Lurie
194 President Street
Brooklyn, NY 11231
347-651-0194

*Attorneys for Defendant Seth Horowitz*