**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NEIL COLE,<br><br>    Plaintiff,<br><br> -against-<br><br>ICONIX INTERNATIONAL INC. f/k/a ICONIX BRAND GROUP, INC., and SETH HOROWITZ,<br><br>    Defendants. | INDEX NO. 1:25-cv-09357 (MKV) |

**DECLARATION OF JAMIE A. LEVITT IN SUPPORT OF DEFENDANT ICONIX INTERNATIONAL INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

I, Jamie A. Levitt, declare under penalty of perjury as follows:

1.   I am a partner at the law firm of Morrison & Foerster LLP ("Morrison & Foerster"). Morrison & Foerster is legal counsel for Iconix International Inc. ("Iconix").

2.   I submit this declaration in support of Iconix's *Motion to Dismiss Plaintiff's Amended Complaint*.

3.   Attached hereto as **Exhibit 1** is a true and correct copy of Iconix's 2015 Annual Report pursuant to the Exchange Act (Form 10-K), dated March 30, 2016.

4.   Attached hereto as **Exhibit 2** is a true and correct copy of Iconix's Restated and Amended By-Laws.

5.   Attached hereto as **Exhibit 3A** is a true and correct copy of the Employment Agreement, entered into on January 28, 2008, between Iconix and Neil R. Cole.

6.   Attached hereto as **Exhibit 3B** is a true and correct copy of the Amendment to the Employment Agreement, entered into on December 24, 2008, between Iconix and Neil R. Cole.

7.     Attached hereto as **Exhibit 4** is a true and correct copy of the Separation Agreement, entered into on December 28, 2016, between Iconix and Neil R. Cole.

8.     Attached hereto as **Exhibit 5** is a true and correct copy of the Advancement Agreement between Iconix and Neil R. Cole, dated June 7, 2022.

9.     Attached hereto as **Exhibit 6** is a true and correct copy of the First Undertaking to repay advanced amounts signed by Neil R. Cole.

10.     Attached hereto as **Exhibit 7** is a true and correct copy of the Second Undertaking to repay advanced amounts signed by Neil R. Cole and dated January 22, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 27, 2026                                    MORRISON & FOERSTER LLP
        New York, New York

By:  *Jamie A. Levitt*
     Jamie A. Levitt, Bar No. 2548477
     JLevitt@mofo.com
     250 West 55th Street
     New York, NY 10019-9601
     Telephone: 212.468.8000
     Facsimile: 212.468.7900

     *Attorneys for Defendant*
     *Iconix International Inc.*

2