# EXHIBIT 5

**Agreement as between Neil Cole ("Mr. Cole") and Iconix Brand Group Inc. ("Iconix") in reference to the ongoing criminal action captioned *United States v. Cole*, No. 19-cr-869 (S.D.N.Y.) (the "Criminal Action")**

Mr. Cole and Iconix hereby agree to the following terms:

1.     Iconix will advance a flat fee (not including expenses) of Five Million Dollars ($5,000,000.00) (the "Fee") for legal services to defend Mr. Cole in the ongoing Criminal Action through trial pursuant to the following terms:

a.     The Fee applies to the Criminal Action through trial.  The Fee shall constitute Iconix's sole, maximum liability for advancing legal fees to defend Mr. Cole in the trial of the Criminal Action, regardless of (i) when such trial may occur and/or (ii) whether Mr. Cole's actual legal fees incurred in connection with such trial may exceed the amount of the Fee.

b.     The parties acknowledge that the Fee referenced in Paragraph 1.a. is only for legal fees through trial, and does not include expenses, or the fees and/or expenses for post-trial work, including if there is an appeal taken from the Criminal Action;

c.     Iconix agrees to advance the Fee in eight payments consistent with the following schedule:

| Installment No. | Date Payable | Amount |
|---|---|---|
| 1 | 6/13/2022 | $750,000.00 |
| 2 | 7/1/2022 | $750,000.00 |
| 3 | 8/1/2022 | $583,333.33 |
| 4 | 9/1/2022 | $583,333.33 |
| 5 | 10/1/2022 | $583,333.34 |
| 6 | 11/1/2022 | $583,333.33 |
| 7 | 12/1/2022 | $583,333.33 |
| 8 | 1/1/2023 | $583,333.34 |

d.     Iconix agrees that Installments Nos. 1 and 2 shall be sent in equal parts of $375,000.00 each, respectively, to the firms of Markus/Moss, PLLC and Kaplan Heckler & Fink LLP, Mr. Cole's trial counsel in the Criminal Action; Iconix agrees that Installments Nos. 3 through 8 shall be sent in equal installments on the above dates as follows:  (a) $191,666.67 to Markus/Moss, PLLC; and (b) $391,666.67 to Kaplan Heckler & Fink LLP.

2.     Iconix agrees to pay Nardello & Co. the sum of Fifty Thousand Dollars ($50,000.00) in full satisfaction of any and all responsibility that Iconix may have for the

outstanding invoice of Nardello & Co., Invoice No. 21304, dated October 1, 2021 by June 30, 2022.  Mr. Cole shall be solely responsible for obtaining the return of the $100,000.00 retainer he allegedly paid to Nardello & Co.   Mr. Cole shall cause the Paul Weiss firm to issue an email attesting to the fact that the services rendered by Nardello were necessary for the defense of Mr. Cole in connection with the first trial in the Criminal Action.

3.    All rights are further preserved by all parties, provided that Mr. Cole waives all rights, if any, to seek the advancement or payment of further legal fees from Iconix in excess of the Fee in connection with the trial of the Criminal Action, whenever such trial may occur.  In accordance with 1.b. above, the Fee is only applicable to this trial of the Criminal Action; Mr. Cole reserves his right to seek advancement of legal fees associated with any post-trial work, including appeal, retrial, remand or any other potential post-trial work.

4.    Mr. Cole hereby acknowledges that the previous two Undertakings previously signed by him remain in full force and effect; further, Mr. Cole hereby acknowledges that the Undertaking dated January 22, 2020 signed by him remains in full force and effect and continues to apply with respect to all legal fees and expenses advanced and/or to be advanced by Iconix in connection with the Criminal Action.

**ICONIX BRAND GROUP, INC.**

By: _____

Print Name: Kyle C. Harmon

Title: President

Date: June 7, 2022

**NEIL COLE**

By: _____

Date: _____

outstanding invoice of Nardello & Co., Invoice No. 21304, dated October 1, 2021 by June 30, 2022. Mr. Cole shall be solely responsible for obtaining the return of the $100,000.00 retainer he allegedly paid to Nardello & Co.   Mr. Cole shall cause the Paul Weiss firm to issue an email attesting to the fact that the services rendered by Nardello were necessary for the defense of Mr. Cole in connection with the first trial in the Criminal Action.

3.      All rights are further preserved by all parties, provided that Mr. Cole waives all rights, if any, to seek the advancement or payment of further legal fees from Iconix in excess of the Fee in connection with the trial of the Criminal Action, whenever such trial may occur.   In accordance with 1.b. above, the Fee is only applicable to this trial of the Criminal Action; Mr. Cole reserves his right to seek advancement of legal fees associated with any post-trial work, including appeal, retrial, remand or any other potential post-trial work.

4.      Mr. Cole hereby acknowledges that the previous two Undertakings previously signed by him remain in full force and effect; further, Mr. Cole hereby acknowledges that the Undertaking dated January 22, 2020 signed by him remains in full force and effect and continues to apply with respect to all legal fees and expenses advanced and/or to be advanced by Iconix in connection with the Criminal Action.

**ICONIX BRAND GROUP, INC.**

By: _____

Print Name: _____

Title: _____

Date: _____

**NEIL COLE**

By: _____

Date: _June 7, 2022_