# EXHIBIT 6

Case 1:25-cv-09357-MKV   Document 26-7   Filed 03/27/26   Page 2 of 2

In accordance with Article VII Section 2(c) of the Restated and Amended By-laws of Iconix Brand Group, Inc. (the "Company"), the Company has agreed to advance to Neil Cole, Chairman, President and Chief Executive Officer of the Company, expenses, including attorneys' fees, incurred in connection with (i) the investigation by the Board of Directors of the Company of certain allegations made to the Board by Seth Horowitz, in connection with his resignation dated April 13, 2015, (ii) any investigation or proceeding instituted by the Securities and Exchange Commission and (iii) any civil action that may be commenced against the Company.

In consideration of the Company's agreement to pay such amounts in advance, the undersigned hereby undertakes to repay such amounts only if and to the extent that it shall ultimately be determined that the undersigned is not entitled to be indemnified by the Company as authorized by the Amended and Restated By-Laws or otherwise.

_____
Neil R. Cole

521949.01111/100124479v.1