# EXHIBIT 7

Case 1:25-cv-09357-MKV    Document 26-8    Filed 03/27/26    Page 2 of 2

In accordance with Article VII Section 2(c) of the Restated and Amended By-laws of Iconix Brand Group, Inc. (the "Company") in effect as of August 5, 2015, the Employment Agreement entered into January 28, 2008 by and between the Company and Neil Cole ("Cole") and any amendments thereto (the "Employment Agreement"), and the Separation Agreement entered into and effective as of December 29, 2016 by and between the Company and Cole (the "Separation Agreement"), the Company shall advance to Cole expenses, including attorneys' fees, incurred in connection with (i) any investigation or proceeding brought by the United States Securities & Exchange Commission, (ii) any investigation or proceeding brought by the United States Attorney's Office for the Southern District of New York, and (iii) any civil action against the Company or against Cole relating to his former role as an Iconix officer or director.

In consideration of the Company's agreement to pay such amounts in advance, Cole hereby undertakes to repay such amounts only if and to the extent that it shall ultimately be determined that Cole is not entitled to be indemnified by the Company as authorized by the Amended and Restated By-laws, the Employment Agreement and the Separation Agreement.

_____
Neil R. Cole

Dated: January 22, 2020