**IIIORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

March 27, 2026

Writer's Direct Contact
+1 (212) 468-8203
JLevitt@mofo.com

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom 18C

Re:    *Cole v. Iconix International Inc., et al.*, Case No. 1:25-cv-09357-MKV,
Request for Oral Argument on Defendant's Motion to Dismiss

Dear Judge Vyskocil:

We represent Iconix International Inc. and respectfully write, in accordance with Rule 4.A.vii of Your Honor's Individual Rules of Practice in Civil Cases, to request oral argument on Iconix's partial Motion to Dismiss Plaintiff's Amended Complaint.

The Motion presents dispositive legal issues about the sufficiency of Plaintiff's claims under Fed. R. Civ. P. 12(b)(6), including whether Plaintiff's theories are foreclosed as a matter of law and whether the Amended Complaint adequately pleads entitlement to relief. Iconix therefore respectfully submits that oral argument would aid the Court in its consideration of these issues.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Jamie A. Levitt*
Jamie A. Levitt