UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                        :

NEIL COLE,                     :  Index No.  1:25-cv-09357-MKV

                       :

             Plaintiff,   :

v.                         :

                       :

ICONIX INTERNATIONAL INC. f/k/a/  :
ICONIX BRAND GROUP, INC., and   :
SETH HOROWITZ,             :

                       :

            Defendants.   :

                       :

                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## AFFIRMATION OF DAVID R. LURIE

DAVID R. LURIE, an attorney duly admitted to practice before this Court, does hereby state

the following under penalty of perjurym pursuant to 28 U.S.C. § 1746:

        1.      I am counsel to Seth Horowitz, a defendant in the above-captioned Action[1]

        2.      I submit this Affirmation in support of Horowitz's Motion to Dismiss the

Amended Complaint herein, as against himself, with prejudice, pursuant to Federal Rule of Civil

Procedure 12(b)(6).

---

[1] Unless otherwise indicated, initially capitalized terms employed herein are intended to have the definitions set forth in the Memorandum of Law in support of Horowitz's Motion to Dismiss herein, dated March 27, 2026.

3.      Annexed hereto as Exhibit A is a true and correct copy of the grand jury indictment in the proceeding captioned as <u>United State of America v. Neil Cole</u>, Case  No. 1:19-cr-00869-ER (S.D.N.Y.) (the "Cole Criminal Case").

4.      Annexed hereto as Exhibit B is a true and correct copy of the Information filed by the government in the proceeding captioned as <u>United State of America v. Seth Horowitz</u>, Case No. 1:19-cr-00861-ER (the "Horowitz Criminal Case").

5.      Annexed hereto as Exhibit C are true and correct copies of excerpts from the transcript of the first trial held in the Cole Criminal Case. Additional excerpts from the transcript of that trial may be found at pages A-78 to A-492 of the Appendix for Defendant-Appellant in the Second Circuit appellate proceeding captioned as <u>United States of America v. Neil Cole</u>, 23-7566 (the "Cole Appendix" or "App'x").

6.      Annexed hereto as Exhibit D are true and correct copies of excerpts from the transcript second trial held in the Cole Criminal Case, held during. Additional excerpts from the transcript of that trial may be found at pages A-64892 to A-1138 of the Cole Appendix.

7.      Annexed hereto as Exhibit E is a true and correct copy of the transcript of the sentencing proceedings in the Cole Criminal Case, held on October 10, 2023.

8.      Annexed hereto as Exhibit F is a true and correct copy of the transcript of the sentencing proceedings in the Horowitz Criminal Case, held on November 16, 2023.

9.      Annexed hereto as Exhibit G is a true and correct copy of a document that was  denominated as Defense Exhibit 1023 during the first and second trials of the Cole Criminal Case.

Dated:  March 27, 2026
Brooklyn, New York

_____/s/_____
David R. Lurie