# EXHIBIT G

Neil,

I am completely confused by your directions and actions.  Below are just a few examples:

Three weeks ago when I was asked to look through the Budgeted numbers and I responded with a $5 million approximate discrepancy and shortfall, you called me into your office and yelled and screamed "if these are the fucking numbers then go upstairs and start fucking firing people"  I had many takeaways from this interaction.  (1) There are 12 people in the entire department and the entire payroll, including me, of the people on this team is under $2M annually and as such is an absurd comment.  (2)  I better do something to drive revenue to make up for the accurately depicted shortfall.  THEN... we were discussing hiring someone to do PR and to help in other marketing functions.  Again.. I was challenged with "finding" the 160k in revenue to justify the hire.  You also recently had me in your office and said "What are you going to do about Ed Hardy.  It's a fucking disaster."   All three of these instances made it sound as if I better take action- and quickly.

However, every time I attempt to take action I am told to stop.  I am moving too quickly.  I was told I could not even have a two day strategic meeting with my team because I was moving too fast.  This strategic meeting would have resulted in finding real revenue for the company and a way to continue to identify revenue opportunities utilizing our resources in the most efficient and effective way.  You were actually bothered by this.  I was told "relax.. take your time... calm down.. it doesn't matter if we are another $5m or $10m off in the men's division..."   Those are two very opposite reactions and directions.

**Please do not yell, scream and curse at me about the numbers if I am not given the authority to do something about it.**

Before Joe left you couldn't stand him.  You made him cry- twice.  Both times it was after weekly men's meetings.  Once, I had to take him out of the office because he was so upset.  He then decides that he is so miserable he quits.  All of a sudden, you are upset that he quit.  You actually blamed me!  You told me that I didn't know how to "deal with fuckin creative people."  Were you talking about me or you?

You hired an incredible executive to help you grow and transform this company.  That is what I am and what I do.  Please set me up to succeed.  I feel that you are more afraid that I will be successful then you are afraid that I will fail.  If that is not the case- and you do want me to succeed, then take me under your wing and teach me.  You don't have to put me down to try to show your position of strength.  It really is just insulting and reduces the respect I have for you.  You cc people on e-mails that should be between the two of us, you make one-off comments intended to insult or bring me down and it's really just unnecessary.  It doesn't make you look good.  And I am left with two potential reactions (1)  Ignore it.  But that shows weakness and an acceptance of disrespectful and inappropriate behavior- neither of which I can stomach.   (2)  Fight back.  Which to this point I have chosen not to do out of respect for you.  But you are not showing me the same respect and my ability to ignore these things is not going to last much longer.

You hired a very driven, always successful executive.  However, you are not setting me up for success and I won't sit around and be a part of a failure.  It's not my nature. Sometimes I wonder if you hired me just to tell the street you are doing something about the Men's division and to tell the Board you are working on succession planning and you have no plans of letting me actually attack and drive the business.  If that is the case, please let me know.  If not, please set me up for success with a detailed plan and timeline to keep us both on track.

Seth