# LAW OFFICE OF DAVID R. LURIE, PLLC

*194 President Street*
*Brooklyn, New York 11231*

*Phone: 347-651-0194*
*E-mail:david@davidlurielaw.com*

March 27, 2026

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 18C
New York, NY 10007-1312

  Re: <u>Cole v. Iconix International Inc. et al.</u>, Case No. 1:25-cv-09357-MKV

Dear Judge Vyskocil:

  We are counsel to Seth Horowitz, a defendant in the above-captioned Action. We write, in accordance with Rule 4.A.vii of Your Honor's Individual Rules of Practice in Civil Cases, to request oral argument on Mr. Horowitz's pending Motion to Dismiss the claims asserted against him in Plaintiff's Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6).

  For all of the reasons set forth in our motion papers, we submit that Plaintiff fails to state a claim for malicious prosecution against Mr. Horowitz. We believe that oral argument will aid the Court in its consideration of the issues raised in the dispositive Motion.

       Respectfully submitted,

        /s/

       David R. Lurie