**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NEIL COLE,<br><br>     *Plaintiff,*<br><br> v.<br><br>ICONIX INTERNATIONAL INC. f/k/a/<br>ICONIX BRAND GROUP, INC., and<br>SETH HOROWITZ,<br>     *Defendants*. | Case No. 1:25-cv-09357 |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for Plaintiff Neil Cole.  I certify that I am

admitted to practice in this Court.

Dated: New York, New York
    April 27, 2026

         Respectfully submitted,

         *[signature]*

         ———————————————
         Cristina Alvarez

         **BLOCH & WHITE LLP**
         90 Broad Street, Suite 703
         New York, New York 10004
         Telephone: (646) 780-8055
         calvarez@blochwhite.com