UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :

                                         : Index No.  1:25-cv-09357-MKV

NEIL COLE,                                  :

                           Plaintiff,       :

v.                                       :

                                         :

ICONIX INTERNATIONAL INC. f/k/a/    :
ICONIX BRAND GROUP, INC., and      :
SETH HOROWITZ,                   :

                                         :

                          Defendants.     :

                                         :

                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## SECOND AFFIRMATION OF DAVID R. LURIE

DAVID R. LURIE, an attorney duly admitted to practice before this Court, does hereby state the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

       1.       I am counsel to Seth Horowitz, a defendant in the above-captioned Action.[1]

       2.       I submit this Affirmation in support of Horowitz's Motion to Dismiss the Amended Complaint herein, as against himself, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

---

[1] Unless otherwise indicated, initially capitalized terms employed herein are intended to have the definitions set forth in the Memorandum of Law in Support of Horowitz's Motion to Dismiss and the Affirmation of David R. Lurie, herein, each dated March 27, 2026.

3.     Annexed hereto as Exhibit H is a true and correct copy of an excerpt from the transcript of the first trial held in the Cole Criminal Case.

Dated:  May 11, 2026
Brooklyn, New York

_____/s/_____
David R. Lurie