USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NEIL COLE,

     *Plaintiff,*

v.

ICONIX INTERNATIONAL INC. f/k/a
ICONIX BRAND GROUP, INC., and
SETH HOROWITZ,

     *Defendants.*

No. 25-cv-9357 (MKV)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) OF CLAIMS AGAINST DEFENDANT ICONIX INTERNATIONAL INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Neil Cole hereby gives notice of the dismissal of his claims with prejudice as against Defendant Iconix International Inc. in the above-captioned action, *i.e.*, Counts II-V of the Amended Complaint, *see* Dkt. No. 22.

Dated: June 18, 2026

**BLOCH & WHITE LLP**
Benjamin D. White
Cristina Alvarez
Kyle W. Bigley
90 Broad St., Suite 703
New York, NY 10004

*Attorneys for Plaintiff Neil Cole*

**Granted. SO ORDERED.**

The Clerk of Court is respectfully requested to terminate docket entries 23 and 27.

Date: 6/22/2026
New York, New York

Mary Kay Vyskocil
United States District Judge